OSBORN, Respondent, v. CARDEZA et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 29, 1904.) Action by Ellen C. Osborn against Howard J. M. Cardeza and others. No opinion. Motion granted, and order resettled.

PACKARD, Respondent, v. ELSOHN, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. March 29, 1904.) Action by Samuel Packard against Levi Elsohn, impleaded, etc.

PER CURIAM. Judgment and orders affirmed, with costs.

HISCOCK, J., not sitting.

PARDINGTON, Respondent, v. ABRAHAM et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 29, 1904.) Action by Eliza C. Pardington against Abraham Abraham and others. No opinion. Motion granted, and order signed.

PEARSALL v. ROSEBROOK et al. (Supreme Court, Appellate Division, Second Department. March 15, 1904.) Action by Hannah G. I. Pearsall, an infant, by Katherine Smith, her guardian ad litem, against Annie E. Rosebrook and others. No opinion. Appeal dismissed, without costs.

PEEVERS, Appellant, v. RATCHFORD, Respondent. (Supreme Court, Appellate Division, Fourth Department. April 6, 1904.) Action by Catharine Peevers against James E. Ratchford.

PER CURIAM. The counsel for both parties having appeared in open court and consented thereto, the judgment from which the appeal herein was taken is affirmed, without costs of this appeal to either party.

PELZEL, Respondent, v. SCHEPP, Appellant. (Supreme Court, Appellate Division, First Department. March 25, 1904.) Action by August Pelzel against Leopold Schepp. H. S. Marshall, for appellant. O. Steckler, for respondent. No opinion. Judgment and order affirmed, with costs.

PELZEL v. SCHEPP. (Supreme Court, Appellate Division, First Department. April 15, 1904.) Action by August Pelzel against Leopold Schepp. No opinion. Motion denied, with $10 costs.

PEOPLE, Respondent, v. BEEHLER et al., Appellants. (Supreme Court, Appellate Division, First Department. March 25, 1904.) Proceeding by the people of the state of New York against Albert Beehler and John Bayam. R. M. Moore, for appellants. H. S. Gans, for the People. No opinion. Judgment affirmed.

PEOPLE, Respondent, v. BROWN, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 6, 1904.) Proceeding by the people of the state of New York against Samuel Brown.

PER CURIAM. Judgment of conviction reversed, and new trial ordered.

McLENNAN, P. J., and STOVER, J., dissent.

PEOPLE v. CARUCCI et al. (Supreme Court, Appellate Division, First Department. March 18, 1904.) Proceeding by the people of the state of New York against Rosario Carucci and others. No opinion. Motion granted.

PEOPLE, Respondent, v. DAHL, Appellant. (Supreme Court, Appellate Division, Second Department. April 15, 1904.) Proceeding by the people of the state of New York against Charles H. Dahl. No opinion. Judgment of conviction affirmed.

PEOPLE, Respondent, v. GORDON, Appellant. (Supreme Court, Appellate Division, First Department. April 8, 1904.) Proceeding by the people of the state of New York against George Gordon. P. A. McManus, for appellant. R. C. Tatlor, for the People. No opinion. Judgment affirmed.

PEOPLE, Appellant, v. HEINEMAN, Respondent. (Supreme Court, Appellate Division, First Department. April 8, 1904.) Proceeding by the people of the state of New York against Isaac Heineman. F. S. Black, for the People. L. Marshall, for respondent. No opinion. Judgment affirmed, on the opinion in People v. Cohen (decided Feb. 5, 1904) 86 N. Y. Supp. 475.

PEOPLE v. HENRY HEINZ CO. et al. (Supreme Court, Appellate Division, Fourth Department. April 5, 1904.) Proceeding by the people of the state of New York against the Henry Heinz Company and another. No opinion. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Questions certified to be settled by and before Mr. Justice STOVER upon two days' notice.

PEOPLE v. MARTIN et al. (Supreme Court, Appellate Division, First Department. March 18, 1904.) Proceeding by the people of the state of New York against Joseph Martin and another. No opinion. Motion granted.

PEOPLE ex rel. ATLANTIC TELEPHONE CO., Appellant, v. MONROE, Com'r, Respondent. (Supreme Court, Appellate Division, First Department. April 15, 1904.) Proceeding by the people of the state of New York, on the relation of the Atlantic Telephone Company, against Robert G. Monroe, commissioner. W. H. Slayton, for appellant. T. Connoly, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

LAUGHLIN, J., dissents.

PEOPLE ex rel. BARNARD COLLEGE, Appellant, v. WELLS et al., Respondents. (Su-